IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIRIAM MACHIN MEDINA

DEBTOR(S)

CASE NO. 18-06171-BKT

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 11/28/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $352.00 (PV$408.00)

3. With respect to the attached payment plan:

PLAN DATE: November 29, 2018     PLAN BASE: $9,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 1/4/2019

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] UNFAIR DISCRIMINATION § 1322(b):

   Plan provides full payment to Berrios in section 3.7; however, claim #7 was filed with unsecured status.

2. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

   Considering that Berrios's claim was filed with unsecured status, liquidation value was updated. Final liquidation value is $352.00 at it present value of $408.00. Section 5.1 of plan needs to be amended to disclose present value in box #4.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - GB